Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 19−33186−MBK
                Chapter: 13
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William J. Wall
   2707 Packer Court
   Bridgewater, NJ 08807

Social Security No.:
   xxx−xx−4686

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        2/18/20
Time:       10:00 AM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: December 23, 2019
JAN: llb

                Jeanne Naughton
                Clerk, U. S. Bankruptcy Court

```
                        United States Bankruptcy Court
                              District of New Jersey

In re:                                                           Case No. 19-33186-MBK
William J. Wall                                                  Chapter 13
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-3       User: admin            Page 1 of 2          Date Rcvd: Dec 23, 2019
                           Form ID: 132           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
db            +William J. Wall,    2707 Packer Court,    Bridgewater, NJ 08807-7017
518628561     +BB&T now Truist, Bankruptcy Section,     100-50-01-51,    P.O. Box 1847,    Wilson, NC 27894-1847
518618122     +Bridle Club at Bridgewater Condo Assoc,    Po Box 105772,    Atlanta, GA 30348-5772
518618125     +ECK Apelian OR Mathews MD,    1056 Stelton Rd.,    Piscataway, NJ 08854-4326
518618127     +EOS CCA,    PO Box 981008,    Boston, MA 02298-1008
518618126     +Eos Cca,    Attn: Bankruptcy,    700 Longwater Dr,    Norwell, MA 02061-1624
518618128      Geico Insurance,    526 Western Ave,    Chevy Chase, MD 20815
518618129      IC Systems, Inc.,    P.O. Box 64378,    Saint Paul, MN 55164-0378
518618130     +Integra Managment,    200 Valley Rd., Ste. 203,    Mount Arlington, NJ 07856-1320
518618133     +New Jersey attorney General,    Div. of Law,    RJ Hughes Jusice Complex,
                25 Market St., PO Box 112,    Trenton, NJ 08625-0112
518631028     +New Rez LLC dba Shellpoint Mortgage,    Po Box 740039,    Cincinnati, OH 45274-0039
518618134     +Omega Rms,    7505 W Tiffany Springs Parkway,    Kansas City, MO 64153-1313
518618139     +RWJ Barnabas,    Po Box 21401,    New York, NY 10087-1401
518618138     +RWJ Barnabas,    Po Box 21356,    New York, NY 10087-1356
518618136     +Receivable Collection Services LLC,    170 Jericho Turnpike,    Floral Park, NY 11001-2024
518618137     +Rutgers Health,    Po Box 829650,    Philadelphia, PA 19182-0001
518618143      Somerset Emergency Medical Assoc.,    c/o B&B Collections, Inc.,    P.O. Box 2137,
                Toms River, NJ 08754-2137
518618142     +Somerset Emergency medical Assoc,    Po Box 6222,    Parsippany, NJ 07054-7222
518618144      State of New Jersey,    Department of the Treasury,    Division of Revenue,    P.O. Box 628,
                Trenton, NJ 08646-0628
518618146     +US Asset Management Inc,    1881 Commerce Drive, Ste. 110,    Elk Grove Village, IL 60007-2134
518618148     +US Attorney of NJ,    970 Broad Street,    7TH FL.,    Newark, NJ 07102-2527
518618147     +US attorney General,    950 Pensylvania Ave NW,    Washington, DC 20530-0009
518618145     +University Radiology,    Po Box 371863,    Pittsburgh, PA 15250-7863

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 24 2019 00:52:18      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 24 2019 00:52:13      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518618121      E-mail/Text: bankruptcy@bbandt.com Dec 24 2019 00:51:36      BB&T,    Po Box 1847,
                Wilson, NC 27894
518618120      E-mail/Text: bankruptcy@bbandt.com Dec 24 2019 00:51:36      Bb&T,    Attn: Bankruptcy,
                Po Box 1847,    Wilson, NC 27894
518618123      E-mail/Text: mrdiscen@discover.com Dec 24 2019 00:51:05      Discover Financial,
                Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
518618124     +E-mail/Text: bankruptcy.bnc@ditech.com Dec 24 2019 00:51:40      Ditech,    Attn: Bankruptcy,
                Po Box 6172,    Rapid City, SD 57709-6172
518618131     +E-mail/Text: cio.bncmail@irs.gov Dec 24 2019 00:51:29      Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
518618132     +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 24 2019 00:56:04
                LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                Greenville, SC 29603-0497
518618135     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 24 2019 01:08:29
                Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
518618140     +E-mail/Text: rwjebn@rwjbh.org Dec 24 2019 00:53:23      RWj Somerset,    110 Rehill Ave,
                Somerville, NJ 08876-2519
518618141     +E-mail/Text: bankruptcy@savit.com Dec 24 2019 00:53:26      SaVit Collection Agency,
                Attn: Bankruptcy,    Po Box 250,    East Brunswick, NJ 08816-0250
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                         Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Dec 23, 2019
                              Form ID: 132             Total Noticed: 34
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Stephen M. Zullo    on behalf of Debtor William J. Wall szullo@simonattorneys.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 3
```