UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stephen Zullo, Esq.
40 West High St.
Somerville, NJ 08876
Phone: 800-709-1131
e-mail: szullo@simonattorneys.com
Attorneys for Debtor
SZ-7098



**Order Filed on January 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
William Wall

Case No.: 19-33186

Hearing Date: January 8, 2020, @9:00 a.m.
Judge: Michael B. Kaplan

# ORDER RE-IMPOSING/CONTINUING THE AUTOMATIC STAY UNDER §362(C)(3)(B) AND 105 WITH RESPECT TO ALL CREDITORS

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: January 10, 2020**

*[signature]*

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This case is before the court on the motion of the debtor(s) to re-impose/continue the automatic stay under §362(C)(3)(B). After conducting a hearing on the motion, the court finds that this case was commenced in good faith. Accordingly, it is hereby

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the automatic stay shall be re-imposed/continued in this case as to debtor, William Wall effective as to all creditors