UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Stephen Zullo, Esq.
40 West High St.
Somerville, NJ 08876
Phone: 800-709-1131
e-mail: szullo@simonattorneys.com
Attorneys for Debtor
SZ-7098

**Order Filed on January 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
William Wall

Case No.: 19-33186

Hearing Date: January 8, 2020, @9:00 a.m.
Judge: Michael B. Kaplan

# ORDER RE-IMPOSING/CONTINUING THE AUTOMATIC STAY UNDER §362(C)(3)(B) AND 105 WITH RESPECT TO ALL CREDITORS

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: January 10, 2020**

*[signature]*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

This case is before the court on the motion of the debtor(s) to re-impose/continue the automatic stay under §362(C)(3)(B). After conducting a hearing on the motion, the court finds that this case was commenced in good faith. Accordingly, it is hereby

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the automatic stay shall be re-imposed/continued in this case as to debtor, William Wall

effective as to all creditors

United States Bankruptcy Court
District of New Jersey

In re:  
William J. Wall  
    Debtor

Case No. 19-33186-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jan 10, 2020  
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2020.  
db          +William J. Wall,    2707 Packer Court,    Bridgewater, NJ 08807-7017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2020 at the address(es) listed below:  
             Albert    Russo    docs@russotrustee.com  
             Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
             Stephen M. Zullo    on behalf of Debtor William J. Wall szullo@simonattorneys.com  
             U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                     TOTAL: 4