| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Karl T. Meth<br>KM 0842<br>**BECKER & POLIAKOFF**<br>1776 on the Green<br>67 East Park Place, Suite 800<br>Morristown, New Jersey 07960<br>kmeth@beckerlawyers.com<br>973.898.6502<br><br>In Re:<br>　　WILLIAM J. WALL |

Case No.: 19-33186-MBK

Judge: Hon. Michael B. Kaplan

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR
## NOTICES AND SERVICE OF ALL OTHER PARTIES

**PLEASE TAKE NOTICE** that Karl T. Meth, Esq., of the firm of Becker & Poliakoff, LLP, hereby enters his appearance on behalf of Creditor, Bridle Club at Bridgewater Condominium Association, Inc.., in the above-referenced Chapter 13 case, pursuant to the United States Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010. All notices given or required to be given in the above-captioned matter should be served upon said counsel at:

　　　　　　　　　　Karl T. Meth, Esq. kmeth@beckerlawyers.com

　　　　　　　　　　BECKER & POLIAKOFF
　　　　　　　　　　1776 on the Green
　　　　　　　　　　67 East Park Place, Suite 800
　　　　　　　　　　Morristown, New Jersey 07960

　　　　　　　　　　**Becker & Poliakoff, LLP**
　　　　　　　　　　Attorneys for Creditor, Bridle Club at Bridgewater Condominium Association II, Inc.

Dated: January 24, 2020　　　　By:　　*/s/ Karl T. Meth*

　　　　　　　　　　Karl T. Meth, Esq.

{N0246586 }