**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**
**1** Valuation of Security        **0** Assumption of Executory Contract or Unexpired Lease        **0** Lien Avoidance

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:    William J. Wall                                          Case No.:    19-33186
                                                                   Judge:       MBK
                          Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original                      ☐ Modified/Notice Required           Date:    2/13/19
☑ Motions Included              ☑ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance. *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.***

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☑ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

1

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  **sz**     Initial Debtor:  **WJW**     Initial Co-Debtor  _____

### Part 1: Payment and Length of Plan

a. The debtor shall pay **566 Monthly** to the Chapter 13 Trustee, starting on **January 1, 2020** for approximately **60** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
☑ Future Earnings
☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☑ Loan modification with respect to mortgage encumbering property:
Description: 2707 Packer Ct. Bridgewater, NJ
Proposed date for completion:  **4/15/2020**

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.
e. ☐ Other information that may be important relating to the payment and length of plan:

### Part 2: Adequate Protection        **X** NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $ 605.00____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: __**New Rez, LLC-Shellpoint Mtg.**__ (creditor).

### Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Stephen Zullo SZ7098** | **Attorney Fees** | **3500.00** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☑ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| New Rez, LLC dba Shellpoint Mortgage | 2707 Packer Ct. Bridgewater, NJ | $19,939.00 | 0.00 | $19,939.00 | $605 |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### c. Secured claims excluded from 11 U.S.C. 506: ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☐ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|

3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BB&T | 2013 Hyundai Sonota 116,000 miles | 12,121,33 | $5,781.00 | None | $5,781 | 5.00 | $6,546.00 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|

**f. Secured Claims Unaffected by the Plan** ☑ NONE

The following secured claims are unaffected by the Plan:

Creditor

**g. Secured Claims to be Paid in Full Through the Plan** ☐ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|

## Part 5:  Unsecured Claims    ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $____ to be distributed *pro rata*

☐ Not less than ___ percent

☑ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|

## Part 6:  Executory Contracts and Unexpired Leases    X NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|

## Part 7:  Motions    ☐ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J.**

4

**LBR 3015-1.** A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

  a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ **NONE**
  The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

  b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ **NONE**

  The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

  c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ **NONE**

  The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| BB&T | 2013 Hyuanda Sonota | $12,121.33 | $5,781.00 | $5,781.00 | $6,340.33 |

## Part 8: Other Plan Provisions

  a. **Vesting of Property of the Estate**
    ☑ Upon Confirmation
    ☐ Upon Discharge

  b. **Payment Notices**
  Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

  c. **Order of Distribution**

  The Standing Trustee shall pay allowed claims in the following order:
    1) Ch. 13 Standing Trustee Commissions
    2) **Other Administrative Claims**
    3) **Secured Claims**
    4) **Lease Arrearages**
    5) **Priority Claims**
    6) **General Unsecured Claims**

    **d. Post-Petition Claims**

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification ▮ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: ____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Objection filed name of servicer was old, and amount wrong | Update name of mortgage servicer and amount of arrears to be paid. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☐ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: **February 13, 2020**    /s/ **William J. Wall**
    **William J. Wall**
    Debtor

Date: _____
    Joint Debtor

Date **February 13, 2020**    /s/ **Stephen Zullo**
    **Stephen Zullo SZ7098**
    Attorney for the Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-33186-MBK
William J. Wall                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Feb 14, 2020
                              Form ID: pdf901          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2020.
```
db         +William J. Wall,    2707 Packer Court,    Bridgewater, NJ 08807-7017
aty        +Bridle Club at Bridgewater Condominium Association,    Becker & Poliakoff,    1776 on the Green,
             67 East Park Place,    Suite 800,    Morristown, nj 07960-7125
518628561  +BB&T now Truist, Bankruptcy Section,    100-50-01-51,    P.O. Box 1847,    Wilson, NC 27894-1847
518659930  +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518618122  +Bridle Club at Bridgewater Condo Assoc,    Po Box 105772,    Atlanta, GA 30348-5772
518618125  +ECK Apelian OR Mathews MD,    1056 Stelton Rd.,    Piscataway, NJ 08854-4326
518618127  +EOS CCA,    PO Box 981008,    Boston, MA 02298-1008
518618126  +Eos Cca,    Attn: Bankruptcy,    700 Longwater Dr,    Norwell, MA 02061-1624
518618128   Geico Insurance,    526 Western Ave,    Chevy Chase, MD 20815
518618129   IC Systems, Inc.,    P.O. Box 64378,    Saint Paul, MN 55164-0378
518618130  +Integra Managment,    200 Valley Rd., Ste. 203,    Mount Arlington, NJ 07856-1320
518618133  +New Jersey attorney General,    Div. of Law,    RJ Hughes Jusice Complex,
             25 Market St., PO Box 112,    Trenton, NJ 08625-0112
518631028  +New Rez LLC dba Shellpoint Mortgage,    Po Box 740039,    Cincinnati, OH 45274-0039
518618134  +Omega Rms,    7505 W Tiffany Springs Parkway,    Kansas City, MO 64153-1313
518618139  +RWJ Barnabas,    Po Box 21401,    New York, NY 10087-1401
518618138  +RWJ Barnabas,    Po Box 21356,    New York, NY 10087-1356
518618136  +Receivable Collection Services LLC,    170 Jericho Turnpike,    Floral Park, NY 11001-2024
518618137  +Rutgers Health,    Po Box 829650,    Philadelphia, PA 19182-0001
518648766  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court: State of New Jersey,    Division of Taxation Bankruptcy,    PO Box 245,
             Trenton, NJ 08695)
518618143   Somerset Emergency Medical Assoc.,    c/o B&B Collections, Inc.,    P.O. Box 2137,
             Toms River, NJ 08754-2137
518618142  +Somerset Emergency medical Assoc,    Po Box 6222,    Parsippany, NJ 07054-7222
518618144   State of New Jersey,    Department of the Treasury,    Division of Revenue,    P.O. Box 628,
             Trenton, NJ 08646-0628
518618146  +US Asset Management Inc,    1881 Commerce Drive, Ste. 110,    Elk Grove Village, IL 60007-2134
518618148  +US Attorney of NJ,    970 Broad Street,    7TH FL.,    Newark, NJ 07102-2527
518618147  +US attorney General,    950 Pensylvania Ave NW,    Washington, DC 20530-0009
518618145  +University Radiology,    Po Box 371863,    Pittsburgh, PA 15250-7863
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Feb 15 2020 01:17:38     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 15 2020 01:17:35     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
518618121   E-mail/Text: bankruptcy@bbandt.com Feb 15 2020 01:17:09     BB&T,    Po Box 1847,
             Wilson, NC 27894
518618120   E-mail/Text: bankruptcy@bbandt.com Feb 15 2020 01:17:09     Bb&T,    Attn: Bankruptcy,
             Po Box 1847,    Wilson, NC 27894
518618123   E-mail/Text: mrdiscen@discover.com Feb 15 2020 01:16:33     Discover Financial,
             Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
518618124  +E-mail/Text: bankruptcy.bnc@ditech.com Feb 15 2020 01:17:16     Ditech,    Attn: Bankruptcy,
             Po Box 6172,    Rapid City, SD 57709-6172
518618131  +E-mail/Text: cio.bncmail@irs.gov Feb 15 2020 01:17:05     Internal Revenue Service,
             PO Box 7346,    Philadelphia, PA 19101-7346
518618132  +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 15 2020 01:22:10
             LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
             Greenville, SC 29603-0497
518659642   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 15 2020 01:22:03
             Portfolio Recovery Associates, LLC,    c/o Capital One Bank (usa), N.a.,    POB 41067,
             Norfolk VA 23541
518618135  +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 15 2020 01:37:06
             Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
518618140  +E-mail/Text: rwjebn@rwjbh.org Feb 15 2020 01:18:34     RWj Somerset,    110 Rehill Ave,
             Somerville, NJ 08876-2519
518618141  +E-mail/Text: bankruptcy@savit.com Feb 15 2020 01:18:37     SaVit Collection Agency,
             Attn: Bankruptcy,    Po Box 250,    East Brunswick, NJ 08816-0250
                                                                                             TOTAL: 12
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin                 Page 2 of 2              Date Rcvd: Feb 14, 2020
                              Form ID: pdf901             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Karl   Meth    on behalf of Attorney     Bridle Club at Bridgewater Condominium Association, Inc.
               kmeth@beckerlawyers.com,    info@acalabreselaw.com
              Stephen M. Zullo     on behalf of Debtor William J. Wall szullo@simonattorneys.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 6
```