| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| Stephen Zullo, Esq. | |
| 40 West High St. | |
| Somerville, NJ 08876 | |
| Phone: 800-709-1131 | |
| e-mail: szullo@simonattorneys.com | |
| SZ-7098 | |
| | Case No.: 19-33186 |
| | Chapter: 13 |
| In Re: | Adv. No.: |
| William Wall | Hearing Date: 5/5/2020@10:00 |
| | Judge: MBK |

## CERTIFICATION OF SERVICE

1. I, _____Stephen Zullo_____ :

    ☒ represent _____William Wall_____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____3/4/20_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Modified Chapter 13 plan, Transmittal and Valuation

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 3/4/20                                       /s/Stephen Zullo
                                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Branch Banking & Trust /Truist Financial<br>Attn.: Kelly S. King, CEO/Officer<br>200 W. 2nd St.<br>Winston Salem, NC 27101 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| William Wall<br>2707 Packer Ct.<br>Bridgewater, NJ 08807 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Ch. 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Trustee<br>1085 Raymond Blvd, Ste. 2100<br>One Newark Center<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Rez LLC d/b/a Shellpoint Servicing,<br>55 Beattie Place, Suite 500, MS-501<br>Greenville, SC 29601 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-1(b)

Stephen Zullo, Esq.
40 West High St.
Somerville, NJ 08876
Phone: 800-709-1131
e-mail: szullo@simonattornys.com
SZ-7098

In Re:

William Wall

Case No.: __19-33186__

Hearing Date: __5/05/20@10:00__

Judge: __MBK__

# NOTICE OF CHAPTER 13 PLAN TRANSMITTAL

The enclosed ☒ plan, ☐ modified plan is proposed by the debtor and was filed on _____2/13/20_____. It has been served on you because the plan contains motions that may adversely affect your interest.

> Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. This plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

☐ **Real Property:**

The debtor(s) has valued real property located at _____
_____ [*address*] at $_____. The debtor(s) believes the first lien on the property to be in the approximate amount of $_____

[*insert other liens as appropriate*]. As such, the debtor(s) believes there is inadequate equity available to satisfy your lien and seeks through the plan to reduce, modify or eliminate your lien.

The debtor's valuation of the property is based on: (a) comparative market analysis; (b) broker price opinion; (c) appraisal; or (d) other: _____, a copy of which is attached. All forms of relief sought by motion appear in Part 7 of the plan.

☐ **Personal Property:**

The debtor(s) has valued personal property described as: 2013 Hyundai Sonata _____ at $ 5,781.00 _____.

The debtor(s) believes the lien on the property to be in the approximate amount of $ 12,121.33

[*insert other liens as appropriate*]. As such, the debtor(s) believes there is inadequate equity available to satisfy your lien and seeks through the plan to reduce, modify or eliminate your lien.

The debtor's valuation of the property is based on: (a) broker price opinion; (b) appraisal; or (c) other: _____ Kelly Blue Book _____, a copy of which is attached. All forms of relief sought by motion appear in Part 7 of the plan.

The Confirmation Hearing is scheduled for _____ 5/5/20@10:00 am _____. Objections to any relief sought in the plan, including relief sought by motion, must be filed with the Clerk of the Bankruptcy Court no later than 7 days prior to the confirmation hearing.

YOU SHOULD CONSULT WITH AN ATTORNEY PROMPTLY, SINCE ENTRY OF AN ORDER OF CONFIRMATION WILL BIND YOU TO ALL OF THE TERMS OF THE CONFIRMED PLAN.

*rev.8/1/17*

2

Home > What's My Car Worth > Style > Options & Condition > GLS Sedan 4D



ıund
Is my car affected?

Service & Repair Estimator
What's a fair price?

Private Party Range
$4,092 - $5,781
Private Party Value
$4,937

PRIVATE PARTY VALUE

Leverage this value to set your price and negotiate with private-party buyers.

Average Time to Sell:
30 DAYS

Level of Effort:
High

See Overview of Values

Important info & definitions

Track this car's values

Condition: Good
Valid for ZIP Code 08807 through 12/20/2019
Overall Consumer Rating 4.5 / 5
818 Ratings
Write a review

## See How Others Price Your Car

Set a competitive price when you know what others are asking.



2013 Hyundai Sonata
$7,995
Mileage: 112,499



2013 Hyundai Sonata
$5,995
Mileage: 110,288



2013 Hyundai Sonata
$8,390
Mileage: 110,224

Browse more listings

## Place an Ad

Reach serious car shoppers on both KBB.com and Autotrader.



Get Started





Autotrader

## Start the Trade-In Process Online



You're Interested in:
**Hyundai Sonata**
Change vehicle

### Choose up to 3 dealers

☑ Fred Beans Hyundai of Flemington
172 US HIGHWAY 202
FLEMINGTON, NJ 08822
14 Miles Away

☑ Davis Hyundai
1655 North Olden Ave
Ewing, NJ 08638
25 Miles Away

☑ Wayne Automall Hyundai
1935 Rt 23 South
Wayne, NJ 07470
31 Miles Away

Prev | 1 2 3 4 | Next

Get Free Quotes

## More Shopping Tools

presented by **HYUNDAI**



### 2020 Hyundai Sonata

- $50 Test Drive Reward
- View Incentives
- Find a Dealer
- Build & Price
- Search Inventory
- Payment Calculator

SPONSORED

# Trade Up to a New Car

| 2019 Hyundai Sonata | 2019 Buick LaCrosse | 2019 Hyundai Elantra | 2018 Hyundai Sonata Hybrid |
|---|---|---|---|
| Est. $383/mo* | Est. $452/mo* | Est. $363/mo* | Est. $364/mo* |

   

*Based on the Blue Book® Fair Purchase Price (click vehicle to see) for 60 months, 3.19% APR, 20% down & 6.5% tax. For illustrative purposes only and not an offer/commitment to provide credit or financing.

New Car Price Quote

2020 Hyundai Sonata
SE

Change vehicle

### Choose up to 3 Dealers    Change ZIP Code

1. ☑ Fred Beans Hyundai of Flemington
   172 US HIGHWAY 202
   FLEMINGTON, NJ 08822
   14 miles away

2. ☑ Davis Hyundai
   1655 North Olden Ave
   Ewing, NJ 08638
   25 miles away

3. ☑ Fred Beans Hyundai
   4465 W Swamp Rd
   Doylestown, PA 18902
   31 miles away

< 1 2 3 4 5 >

Get Free Quotes

## Sellers Tools

**Give Buyers Confidence**
Show them a clean AutoCheck vehicle history report    ✓AutoCheck

**Pre-qualify for Auto Financing**
Pre-qualify for an auto loan with no impact to your credit score    CapitalOne

**Shopping for Auto Insurance?**
Get great car insurance that's also a great value from State Farm    StateFarm

## Sellers Information

**10 Steps for Selling Your Car**
Our experts walk you through the steps. Get the Details

**How to Improve Resale Value**
Whether selling or trading in, get the most for your car with these tips. Watch video