# United States Bankruptcy Court
## District of New Jersey

In re: **William J. Wall**, Debtor(s)

Case No. **19-33186**
Chapter **13**

## NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

PLEASE TAKE NOTICE that on **today's date**, the above-captioned Chapter 13 case was converted to Chapter 7 pursuant to 11 U.S.C. §1307(a) and Federal Rule of Bankruptcy Procedure 1017(f)(3).

Date: **April 29, 2020**

Signature: _William J. Wall_, Debtor

Attorney: **/s/ Stephen Zullo**
Stephen Zullo SZ7098

The Simon Law Group
40 West High Street
Somerville, NJ 08876
800.709.1131
Fax: 800.709.1141
szullo@simonattorneys.com