UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Wall, William J.

Case No.:  19-33186-KCF
Chapter:  7
Judge:  Kathryn C. Ferguson

**NOTICE OF PROPOSED ABANDONMENT**

Andrea Dobin, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

> Clerk of the U.S. Bankruptcy Court
> U.S. Courthouse, 1st floor
> 402 E. State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on October 20, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

> Real estate located at:
> 2707 Packer Ct.
> Bridgewater, NJ
>
> Valued at: $120,000.00 (subject to affordable housing guidelines)

Liens on property:

> Shellpoint
> $94,267.00 plus $3,769.00 escrow deficiency

Amount of equity claimed as exempt:

> $12,830.00

Objections must be served on, and requests for additional information directed to:

Name:  Andrea Dobin, Trustee

Address:  McManimon, Scotland & Baumann, LLC 427 Riverview Plaza, Trenton, NJ 08611

Telephone No.: 609.695.6070 or 973.243.8600

*rev.8/1/15*

```
                                United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                          Case No. 19-33186-KCF
William J. Wall                                                                 Chapter 7
        Debtor                          CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 2                    Date Rcvd: Sep 15, 2020
                               Form ID: pdf905              Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2020.
db             +William J. Wall,    2707 Packer Court,    Bridgewater, NJ 08807-7017
aty            +Bridle Club at Bridgewater Condominium Association,     Becker & Poliakoff,    1776 on the Green,
                 67 East Park Place,    Suite 800,    Morristown, nj 07960-7125
518659930      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518618122      +Bridle Club at Bridgewater Condo Assoc,     Po Box 105772,    Atlanta, GA 30348-5772
518618124      +Ditech,   Attn: Bankruptcy,    Po Box 6172,    Rapid City, SD 57709-6172
518618125      +ECK Apelian OR Mathews MD,    1056 Stelton Rd.,    Piscataway, NJ 08854-4326
518618127      +EOS CCA,    PO Box 981008,    Boston, MA 02298-1008
518618126      +Eos Cca,    Attn: Bankruptcy,    700 Longwater Dr,    Norwell, MA 02061-1624
518618128       Geico Insurance,    526 Western Ave,    Chevy Chase, MD 20815
518618129       IC Systems, Inc.,    P.O. Box 64378,    Saint Paul, MN 55164-0378
518618130      +Integra Managment,    200 Valley Rd., Ste. 203,    Mount Arlington, NJ 07856-1320
518618133      +New Jersey attorney General,    Div. of Law,    RJ Hughes Jusice Complex,
                 25 Market St., PO Box 112,    Trenton, NJ 08625-0112
518631028      +New Rez LLC dba Shellpoint Mortgage,     Po Box 740039,   Cincinnati, OH 45274-0039
518725449       NewRez LLC dba Shellpoint Mortgage Serv,     P.O. Box 10826,    Greenville, SC 29603-0826
518618134     #+Omega Rms,    7505 W Tiffany Springs Parkway,    Kansas City, MO 64153-1313
518618139      +RWJ Barnabas,    Po Box 21401,    New York, NY 10087-1401
518618138      +RWJ Barnabas,    Po Box 21356,    New York, NY 10087-1356
518618136      +Receivable Collection Services LLC,     170 Jericho Turnpike,    Floral Park, NY 11001-2024
518618137      +Rutgers Health,    Po Box 829650,    Philadelphia, PA 19182-0001
518648766     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,     Division of Taxation Bankruptcy,    PO Box 245,
                 Trenton, NJ 08695)
518618143       Somerset Emergency Medical Assoc.,     c/o B&B Collections, Inc.,    P.O. Box 2137,
                 Toms River, NJ 08754-2137
518618142      +Somerset Emergency medical Assoc,    Po Box 6222,    Parsippany, NJ 07054-7222
518618144       State of New Jersey,    Department of the Treasury,    Division of Revenue,    P.O. Box 628,
                 Trenton, NJ 08646-0628
518618146      +US Asset Management Inc,    1881 Commerce Drive, Ste. 110,    Elk Grove Village, IL 60007-2134
518618148      +US Attorney of NJ,    970 Broad Street,    7TH FL.,   Newark, NJ 07102-2527
518618147      +US attorney General,    950 Pensylvania Ave NW,    Washington, DC 20530-0009
518618145      +University Radiology,    Po Box 371863,    Pittsburgh, PA 15250-7863

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 15 2020 23:51:08      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 15 2020 23:51:05       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518618121       E-mail/Text: bankruptcy@bbandt.com Sep 15 2020 23:50:43      BB&T,   Po Box 1847,
                 Wilson, NC 27894
518618120       E-mail/Text: bankruptcy@bbandt.com Sep 15 2020 23:50:44      Bb&T,   Attn: Bankruptcy,
                 Po Box 1847,   Wilson, NC 27894
518628561      +E-mail/Text: bankruptcy@bbandt.com Sep 15 2020 23:50:43      BB&T now Truist, Bankruptcy Section,
                 100-50-01-51,   P.O. Box 1847,    Wilson, NC 27894-1847
518618123       E-mail/Text: mrdiscen@discover.com Sep 15 2020 23:50:26      Discover Financial,
                 Attn: Bankruptcy Department,    Po Box 15316,   Wilmington, DE 19850
518618131      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 15 2020 23:50:41       Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
518717680       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 15 2020 23:57:45       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518618132      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 15 2020 23:58:11
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,   Po Box 10497,
                 Greenville, SC 29603-0497
518659642       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2020 23:57:44
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank (usa), N.a.,   POB 41067,
                 Norfolk VA 23541
518618135      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2020 23:58:40
                 Portfolio Recovery,    Po Box 41021,   Norfolk, VA 23541-1021
518618140      +E-mail/Text: rwjebn@rwjbh.org Sep 15 2020 23:51:39      RWj Somerset,   110 Rehill Ave,
                 Somerville, NJ 08876-2519
518618141      +E-mail/Text: bankruptcy@savit.com Sep 15 2020 23:51:40      SaVit Collection Agency,
                 Attn: Bankruptcy,    Po Box 250,   East Brunswick, NJ 08816-0250
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Sep 15, 2020
                              Form ID: pdf905          Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2020 at the address(es) listed below:
              Andrea Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Karl Meth    on behalf of Attorney   Bridle Club at Bridgewater Condominium Association, Inc.
               kmeth@beckerlawyers.com, info@acalabreselaw.com
              Stephen M. Zullo    on behalf of Debtor William J. Wall szullo@simonattorneys.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6